## CERTIFICATE OF SERVICE

I, the undersigned legal assistant of the law offices of Sowell Gray Robinson Stepp & Laffitte, L.L.C., attorneys for Defendants, do hereby certify that I have served all counsel in this action with a copy of the pleading(s) hereinbelow specified by mailing a copy of the same by United States Mail, postage prepaid, to the following address(es):

**Pleadings:**

Defendant's, Bass Pro World, LLC's, and Global Manufacturing Company, LLC's, Answer to Amended Complaint

**Counsel Served:**

**VIA E-MAIL AND U.S. MAIL**

David W. Whittington, Esquire
Matthew T. Douglas, Esquire
Knight & Whittington, LLC
207 East Third North Street
Summerville, South Carolina  29483

Russell D. Hilton, Esquire
104 South Pine Street
Summerville, South Carolina  29483

Melanie K. Farmham
Legal Assistant

Columbia, South Carolina

November 30, 2017.