IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH CAROLINA

CHARLESTON DIVISION

| | | |
|---|---|---|
| GENE VICTOR MOORE, | ) | Civil Action No. 2:17-cv-3228-RMG |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **DEFENDANT'S, BASS PRO OUTDOOR** |
| | ) | **WORLD, LLC'S, CORPORATE** |
| BASS PRO OUTDOOR WORLD, LLC, | ) | **DISCLOSURE** |
| Individually, and d/b/a BASS PRO SHOPS, | ) | |
| And BASS PRO SHOPS, and GLOBAL | ) | |
| MANUFACTURING COMPANY, and | ) | |
| G.M.C., LLC., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Defendant, Bass Pro Outdoor World, LLC, through undersigned counsel for its Corporate Disclosure Statement pursuant to Federal Rule of Civil Procedure 7.1, states as follows:

Defendant, Bass Pro Outdoor World, LLC, is not a non-governmental corporate party. Rather, Defendant is a non-governmental limited liability company. Although not a corporation, Defendant Bass Pro Outdoor World, LLC is a single-member limited liability company organized under the laws of the State of Missouri. The sole member of BPOW is Bass Pro, LLC. Bass Pro, LLC is a single-member limited liability company organized under the laws of the State of Delaware. The sole member of Bass Pro LLC is Bass Pro Group, LLC. Bass Pro Group, LLC is a single-member limited liability company organized under the laws of the State of Delaware. The sole member of Bass Pro Group, LLC is American Sportsman Holdings Company. ASHC is a corporation organized and with its principle place of business in Missouri.

1

Respectfully submitted,

SOWELL GRAY ROBINSON STEPP & LAFFITTE, L.L.C.


By: S / Rebecca Laffitte
      Rebecca Laffitte
      Fed. I.D. No.: 1036
      rlaffitte@sowellgray.com
      J. Michael Montgomery
      Fed. I.D. No. 10290
      mmontgomery@sowellgray.com
      Vordman Carlisle Traywick, III
      Fed. I.D. No. 12483
      ltraywick@sowellgray.com
      1310 Gadsden Street
      Post Office Box 11449
      Columbia, South Carolina 29211
      (803) 929-1400

CLARK HILL PLC
      Milton S. Karfis (*pro hac vice to be filed*)
      mkarfis@clarkhill.com
      151 South Old Woodward Avenue
      Suite 200
      Birmingham, Michigan  48009
      (313) 965-8802

Attorneys for Defendants, Bass Pro Outdoor World, LLC and Global Manufacturing Company, LLC, improperly identified

Columbia, South Carolina

November 30, 2017

2