IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH CAROLINA

CHARLESTON DIVISION

| | |
|---|---|
| GENE VICTOR MOORE, ) | Civil Action No. 2:17-cv-3228-RMG |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **DEFENDANT'S, GLOBAL** |
| ) | **MANUFACTURING COMPANY,** |
| BASS PRO OUTDOOR WORLD, LLC, ) | **LLC'S, CORPORATE DISCLOSURE** |
| Individually, and d/b/a BASS PRO SHOPS, ) | |
| And BASS PRO SHOPS, and GLOBAL ) | |
| MANUFACTURING COMPANY, and ) | |
| G.M.C., LLC., ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

Defendant, Global Manufacturing Company, LLC's, through its undersigned counsel for its Corporate Disclosure Statement pursuant to Federal Rule of Civil Procedure 7.1, states as follows:

Mainstream Holdings, Inc. is the holding company of Global Manufacturing Company, LLC. There is no publicly held corporation that owns 10% or more of Global Manufacturing Company, LLC's stock.

*(Signature page to follow.)*

1

Respectfully submitted,

SOWELL GRAY ROBINSON STEPP & LAFFITTE, L.L.C.


By:    S / Rebecca Laffitte
       Rebecca Laffitte
       Fed. I.D. No.: 1036
       rlaffitte@sowellgray.com
       J. Michael Montgomery
       Fed. I.D. No. 10290
       mmontgomery@sowellgray.com
       Vordman Carlisle Traywick, III
       Fed. I.D. No. 12483
       ltraywick@sowellgray.com
       1310 Gadsden Street
       Post Office Box 11449
       Columbia, South Carolina 29211
       (803) 929-1400

CLARK HILL PLC
       Milton S. Karfis (*pro hac vice to be filed*)
       mkarfis@clarkhill.com
       151 South Old Woodward Avenue
       Suite 200
       Birmingham, Michigan 48009
       (313) 965-8802

Attorneys for Defendants, Bass Pro Outdoor World, LLC and Global Manufacturing Company, LLC, improperly identified

Columbia, South Carolina

November 30, 2017